**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Kristen Pullen v. Jarvis Richardson and Office of the Attorney General of Texas

Appellate case number:    01-17-00701-CV

Trial court case number:   2015-21621

Trial court:                        246th District Court of Harris County

Appellant, Kristin Pullen, has filed a notice of the appeal of the trial court's "Order in Suit Affecting the Parent-Child Relationship," signed on June 16, 2017. We abated the appeal and remanded the case to the trial court for the court to file findings of fact and conclusions of law. On February 27, 2018, we reinstated the appeal and directed appellant to file her brief no later than March 29, 2018. On April 17, 2018, we granted appellant's motion to extend time to file her appellant's brief and extended the time to file the brief to May 18, 2018, with no further extensions. On June 4, 2018, appellant filed an "Emergency Motion to Extend Time to File Appellate Brief or in the Alternative to Abate Appeal" in which she requests that we grant her an extension of 20 days to file her brief or, in the alternative, abate her appeal. We **grant** the motion in part and **deny** the motion in part.

We **deny** appellant's motion to abate the appeal. We **grant a**ppellant's motion for an extension of time to file her brief. *See* TEX. R. APP. P. 9.2(c)(5), 38.6(d). **Accordingly, appellant's brief is due no later than 20 days from the date of this order. No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                                ☑  Acting individually     ☐ Acting for the Court

Date: June 19, 2018